UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| Juan LOZA-GUTIERREZ,<br><br>*Petitioner*,<br><br>v.<br><br>Bruce SCOTT, Warden, et al.,<br><br>*Respondents*. | Civil Case No. 26-cv-03970-JHC<br><br>ORDER GRANTING THE JOINT MOTION TO MODIFY BRIEFING SCHEDULE |

Upon consideration of the parties Joint Motion to Modify the Briefing Schedule (Dkt. # 11), it is hereby ORDERED that the motion is GRANTED. The deadlines are modified as follows:

November 9, 2026 – Petitioner will file his Amended Petition.

November 23, 2026 – Federal Respondents will file any Return.

November 30, 2026 – Petitioner will file any Traverse.

The Court DIRECTS the Clerk to re-note this matter for November 30, 2026.

Dated this 10th day of November, 2026.

John H. Chun
United States District Judge